UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Leonard Wyatt Rowe III                                          2:18-cv-188

V.                                          Case No.: Clerks Office to complete

Concord NH District Court, et al

## MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW, the Respondent, Leonard Wyatt Rowe III, under 28 U. S. C.

§1915 and moves the Court for an order permitting the Respondent to proceed

without payment of the filing fees or security therefore. Financial Statement filed

ahead of this motion in support of the motion. In compliance with 28 U. S. C.

§1746, I declare (or certify, verify, or state) under penalty of perjury that the

foregoing is true and correct on this 21 day of July 20, 2015.


Leonard Wyatt Rowe III                             November 2, 2018
Plaintiff                                                 Date


**NOTE:** The following statement is what I filled out for the NH Federal Court when I thought I would apply to that court, and then changed my mind. It was filled out in March of this year. The only discrepancy I am aware of is that my rent has changed to $649.00 a month.